UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY BERKSHIRE,

    Plaintiff,

Case No. 1:21-cv-689

Hon. Ray Kent

v.

SHERRY PAYTON, *et al.*,

    Defendants.

_____/

**JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Randy Berkshire.

Dated:  September 23, 2024

/s/ Ray Kent
RAY KENT
United States Magistrate Judge